[Nos. 33599-2-III; 33608-5-III.   Division Three.   June 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN R. BRONOWSKI, *Appellant*.

*In the Matter of the Personal Restraint of* RYAN ROBERT BRONOWSKI, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-00778-6, John O. Cooney, J., entered June 18, 2015, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded* and petition *dismissed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway, J.; Korsmo, J., dissenting in part.

[No. 34009-1-III.   Division Three.   June 21, 2016.]

*In the Matter of the Personal Restraint of* STEPHEN EUGENE HARWOOD, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 65651-1-I.   Division One.   June 27, 2016.]

*In the Matter of the Personal Restraint of* ARMANDO PEREZ, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.